# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

August 19, 2020

**By ECF**  
Honorable Jesse M. Furman  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

> Application GRANTED. Sentencing is ADJOURNED to December 16, 2020, at 3:15 p.m. The Clerk of Court is directed to terminate Ms. Avery as counsel and to terminate ECF No. 22.
>
> SO ORDERED.
>
> *[signature]*
>
> August 20, 2020

Re:   *United States v. Dorian Avery*  
      **13 Cr. 934 (JMF)**

Dear Judge Furman:

I write in response to Your Order (Dkt. 21) requiring me to confer with Ms. Vargas and Mr. Avery to determine which of us will represent him in respect to his pending resentence before Your Honor and if we wanted the resentence to be adjourned in light of the COVID-19 pandemic.

After consultation with the parties it was determined that it would be more efficient if I represented Mr. Avery - notwithstanding that Mr. Avery was very appreciative of Ms. Vargas's efforts on his behalf. Additionally, we would request that the resentencing on the above matter be adjourned in light of the continuing public health situation.

I apologize for the lateness of this response which was occasioned by logistical problems in communicating with the parties.

Very truly yours,

*James Roth*

James Roth, Esq.

cc:   AUSA Edward Diskant, Judith Vargas, Esq.